Eric T. Sanders
Alaska Bar No. 7510085
LAW OFFICE OF ERIC SANDERS
1127 W. 7th Avenue
Anchorage, Alaska 99501
Phone: (907) 272-3538
Fax: (907) 274-0819
Email: sanders@frozenlaw.com

Myron Angstman
Angstman Law Office
Box 585
Bethel, Alaska 99559
Phone: 907-543-2972
Fax: (907) 543-3394
Email: myron@angstmanlawoffice.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANGKI CHONG, Personal Representative of the ESTATE OF YONG SUK CHONG,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONTINENTAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:15-cv-_____ |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

LAW OFFICE OF
ERIC SANDERS
1127 W. 7TH AVE.
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*Estate of Chong v. Nat'l Continental Ins. Co.*     Case No. 3:15-cv-____
COMPLAINT AND DEMAND FOR JURY TRIAL     Page 1 of 5
Case 3:15-cv-00014-RRB   Document 1   Filed 01/29/15   Page 1 of 5

The plaintiff, Sangki Chong, as Personal Representative of the Estate of Yong Suk Chong, alleges the following as claims against the defendant:

1. Sangki Chong is the personal representative of the Estate of Yong Suk Chong, who was a resident of the State of Alaska at the time of her death on January 31, 2012.

2. National Continental Insurance Company (hereafter referred to as the "Insurance Company") is an insurance company domiciled in Ohio.

3. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332 because the parties are domiciled in different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. The Insurance Company issued a business auto policy (hereafter referred to as the "Policy") to Yun Kil Yi, effective from September 9, 2011, to September 9, 2012; Yun Kil Yi was identified as the Named Insured.

5. The Policy provided liability and uninsured motorist coverage for covered autos, one of which was a 2005 Lexus.

6. The uninsured motorist coverage provided limits of $500,000 per person, plus costs, interest and attorney's fees.

7. The Policy identified the named insured's business as "Taxi" and identified the business address as Bethel, Alaska.

8. Yun Kil Yi and Yong Suk Chong lived together in Bethel, Alaska.

LAW OFFICE OF
ERIC SANDERS
1127 W. 7TH AVE.
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*Estate of Chong v. Nat'l Continental Ins. Co.*     Case No. 3:15-cv-____
COMPLAINT AND DEMAND FOR JURY TRIAL     Page 2 of 5
Case 3:15-cv-00014-RRB   Document 1   Filed 01/29/15   Page 2 of 5

9. Yong Suk Chong worked as a taxi driver, using the 2005 Lexus which was insured under the Policy.

10. In the early morning hours of January 31, 2012, Kyle Motgin was in Bethel and called for a taxi to pick him up.

11. Driving the 2005 Lexus which was insured under the Policy, Yong Suk Chong responded to the call and Kyle Motgin got in the front passenger seat of the taxi.

12. Kyle Motgin thereafter assaulted Yong Suk Chong with a knife, which caused "bodily injury" as defined by the Policy.

13. With Yong Suk Chong in the front passenger seat, Kyle Motgin drove the 2005 Lexus away from the area where he had been picked up by the taxi.

14. On February 1, 2012, the 2005 Lexus was located in Napakiak, Alaska, and Yong Suk Chong's dead body was found in the rear cargo area of the taxi.

15. Kyle Motgin had no insurance coverage for the conduct which caused Yong Suk Chong's bodily injury.

16. The Policy provided: "We will pay all sums the 'Insured' is legally entitled to recover as compensatory damages from the . . . driver of an 'uninsured motor vehicle' because of 'Bodily injury' sustained by an 'Insured' and caused by an 'accident' . . . ."

17. Under the terms of the Policy, Yong Suk Chong was an "insured" person whose "bodily injury" was caused by an "accident."

LAW OFFICE OF
ERIC SANDERS
1127 W. 7TH AVE.
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*Estate of Chong v. Nat'l Continental Ins. Co.*   Case No. 3:15-cv-____
COMPLAINT AND DEMAND FOR JURY TRIAL   Page 3 of 5
Case 3:15-cv-00014-RRB   Document 1   Filed 01/29/15   Page 3 of 5

18. Even if the assault which caused Yong Suk Chong's "bodily injury" was an intentional act, the uninsured motorist coverage provided by the Policy would be applicable because: (a) although bodily injury which was intentional is excluded for liability claims, there is no such exclusion for uninsured motorist claims; and (2) because the assault was not expected by Yong Suk Chong, it would be considered an "accident" under Alaska law.

19. In the Policy, no exclusion in the uninsured motorist coverage is applicable to the Estate's claim.

20. At the time of her death, Yong Suk Chong, had two statutory dependents: Alisha Chong McGinty and Yun Kil Yi.

21. The plaintiff would be entitled to recover the following damages on behalf of Yong Suk Chong and on behalf of the statutory dependents: (a) damages for pain, suffering and fear of impending death experienced by Yong Suk Chong; and (b) damages for the statutory beneficiaries as permitted by AS 09.55.580.

22. Pursuant to the uninsured motorist coverage in the Policy, National Continental Insurance Company must pay the plaintiff all sums the Estate is legally entitled to recover as compensatory damages from Kyle Motgin, up to the limit of $500,000, plus costs, interest and Rule 82 attorney's fees.

LAW OFFICE OF
ERIC SANDERS
1127 W. 7TH AVE.
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*Estate of Chong v. Nat'l Continental Ins. Co.*     Case No. 3:15-cv-____
COMPLAINT AND DEMAND FOR JURY TRIAL     Page 4 of 5
Case 3:15-cv-00014-RRB   Document 1   Filed 01/29/15   Page 4 of 5

WHEREFORE, plaintiff demands judgment against the defendant for the sum of $500,000, plus costs, interest and attorney's fees.

DATED this 29th day of January, 2015.

By  /s/ Eric T. Sanders

LAW OFFICE OF ERIC SANDERS
Eric T. Sanders
Email: sanders@frozenlaw.com
[Alaska Bar No. 7510085]

ANGSTMAN LAW OFFICE
Myron E. Angstman
Email: myron@angstmanlawoffice.com

Attorneys for Plaintiff

LAW OFFICE OF
ERIC SANDERS
1127 W. 7TH AVE.
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

*Estate of Chong v. Nat'l Continental Ins. Co.*      Case No. 3:15-cv-____
COMPLAINT AND DEMAND FOR JURY TRIAL      Page 5 of 5
Case 3:15-cv-00014-RRB    Document 1    Filed 01/29/15    Page 5 of 5